# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 15, 2023

## NO. 03-21-00485-CV

**Ben Melton, Appellant**

**v.**

**CU Member's Mortgage a Division of Colonial Savings F.A.; First Western Title Co.; and Bob Mims, Appellees**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on August 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.